# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,         Case No.: 2:24-mc-50817

v         Hon. Linda V. Parker

TIMOTHY MUCCIANTE,

       Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

       Garnishee.

_____/

## CERTIFICATE OF SERVICE

I, Monica Green, Paralegal, for the Financial Litigation Unit hereby certify that on July 15, 2025, mailed the following documents by U.S. mail to the below recipients:

| | |
|---|---|
| Timothy Mucciante<br>REDACTED<br><br>Grand Blanc, MI 48439 | Application for Writ of Garnishment<br>Clerk's Notice of Garnishment<br>Request for Hearing Form/Notice of Exemptions<br>Certificate of Service |

| | |
|---|---|
| Michigan Department of Treasury<br>Third Party Withholding Unit<br>P.O. Box 30785<br>Lansing, Michigan 48909 | Writ of Continuing Garnishment<br>Certificate of Service |

JEROME F. GORGON JR.
United States Attorney

By: /s/ JESSICA A. NATHAN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9643
E-mail: jessica.nathan@usdoj.gov
Dated: July 15, 2025          Bar No.: (TX 24090291)

mg