# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v

TIMOTHY MUCCIANTE,

      Defendant,

and

MICHIGAN DEPARTMENT
OF TREASURY,
UNCLAIMED PROPERTY,

      Garnishee.

_____/

Case No.: 24-MC-50817
Hon. Linda V. Parker

## **GARNISHEE ORDER TO PAY**

The United States requested a Writ of Continuing Garnishment for funds belonging to or being held on behalf of Defendant-Debtor, Timothy Mucciante. (ECF No. 1) The Writ of Continuing Garnishment was issued on July 3, 2025, and served on all known parties. (ECF No. 2 and 3) On July 15, 2025, the Michigan Department of Treasury, Unclaimed Property Division, ("Michigan Treasury") filed its Answer disclosing it has possession, custody, or control of property on behalf of Mucciante. (ECF No. 6). Mucciante did not file a request for a hearing nor did he

object to the garnishee's answer and the statutory period to do so has expired. *See* 18 U.S.C. § 3202(d).

The Court having reviewed the record, NOW, THEREFORE;

**IT IS ORDERED** that the Garnishee, the Michigan Department of Treasury, Unclaimed Property Division, shall immediately make payable to the Clerk of the Court, 100% of the Defendant Judgment-Debtor, Timothy Mucciante's property as identified in its Answer, including any jointly held property and/or property frozen at the time of the service of the Writ or thereafter; and

**IT IS FURTHER ORDERED** that the Garnishee, the Michigan Department of Treasury, Unclaimed Property Division, shall remit said funds to the United States, made payable to the "Clerk of the Court (USDC – EDMI)", at Theodore Levin U.S. Courthouse, Attn: Financial, 231 W. Lafayette Blvd., Rm 599, Detroit, MI 48226; and

**IT IS FURTHER ORDERED** that this order shall remain in effect until (1) the debt imposed in this case is paid in full; (2) the Garnishee, the Michigan Department of Treasury, Unclaimed Property Division, no longer has custody, possession or control of any property belonging to Defendant Judgment-Debtor, Timothy Mucciante; or (3) further Order of the Court; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse these funds in accordance with the provisions of the judgment entered in case number

2:02-cr-80128 01.

    **IT IS SO ORDERED**.

                                            s/ Linda V. Parker  
                                            LINDA V. PARKER  
                                            U.S. DISTRICT JUDGE

Dated: August 6, 2025